December 18, 2009

Mr. Darlene C. Amrhein
112 Winsley Circle
McKinney, TX 75071
Mr. Gerard Fazio
Owen & Fazio, P.C.
10440 North Central Expressway, Suite 1450
Dallas, TX 75231

RE: Case Number: 09-0896
 Court of Appeals Number: 05-08-00350-CV
 Trial Court Number: CC-96-10277-C

Style: DARLENE C. AMRHEIN
 v.
 LA MADELEINE, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. John |
| |Warren |
| |Ms. Lisa Matz |